UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| ANNA RUTH BRAY <br><br> and <br><br> LOIS BOONE, as Administratrix of the Estate of Jimmie Lowe <br><br> Plaintiffs, <br><br> and <br><br> HUMANA INSURANCE COMPANY <br><br> Intervening Plaintiff <br><br> v. <br><br> JOHN D. HUSTED, M.D., LAKE CUMBERLAND REGIONAL HOSPITAL, LLC and LIFEPOINT OF LAKE CUMBERLAND, LLC <br><br> Defendants. | Case No. 6:11-cv-00056-GFVT-HAI <br><br> Eastern District of Kentucky <br> **FILED** <br><br> DEC 0 2 2013 <br><br> AT FRANKFORT <br> ROBERT R. CARR <br> CLERK U.S. DISTRICT COURT |

## AGREED ORDER OF DISMISSAL

\*\*\*\*\*\*

Plaintiffs, Anna Ruth Bray and Lois Boone, as Administratrix of the Estate of Jimmie Lowe, and Intervening Plaintiff Humana Insurance Company, having resolved all claims against

Defendant Lake Cumberland Regional Hospital, LLC d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center and LifePoint of Lake Cumberland, LLC and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that all claims of Plaintiffs, Anna Ruth Bray and Lois Boone, as Administratrix of the Estate of Jimmie Lowe, and all claims of Intervening Plaintiff Humana Insurance Company against Defendants, Lake Cumberland Regional Hospital, LLC d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center and LifePoint of Lake Cumberland, LLC, **ARE DISMISSED WITH PREJUDICE**, with each party to bear their own costs. Plaintiffs claims against Defendant John Husted, M.D. remain pending.

This is a final and appealable order and there is no just cause for delay.

This ___ day of December, 2013.

JUDGE, U.S. DISTRICT COURT

DATE: 12-2-2013

HAVE SEEN AND AGREED TO:

_____
B. TODD THOMPSON
MILLICENT A. TANNER
tthompson@tmslawplc.com
734 West Main Street, Suite 400
Louisville, Kentucky 40202
502-585-9900
*Co-Counsel for Co-Defendants*
*Lake Cumberland Regional Hospital, LLC,*
*and LifePoint of Lake Cumberland, LLC*

_____
Brian Schuette
719A Dishman Lane
Bowling Green, KY 42104
(270) 781-7500
*Counsel for Plaintiffs*
*Anna Ruth Bray and Lois Boone,*
*as Administratrix of the Estate of*
*Jimmie Lowe*

_____
Gregory G. Beck
Kreiner & Peters Co., LPA
P.O. Box 1209
Dublin, OH 43017
*Counsel for Intervening Plaintiff,*
*Humana Insurance Company*